# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02689-REB-KLM

MAUREEN MARTIN,

    Plaintiff,

v.

DIANA MILNER,
RUSSELL ELLIS, and
KIMBERLY THOMPSON,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#45], filed September 26, 2008; and (2) **Defendants' Objection to Recommendation of Magistrate Judge** [#47], filed October 10, 2008.[1] I overrule defendants' objections and approve and adopt the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which cognizable objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law. In addition, because plaintiff was proceeding *pro se* at the time she filed her complaint and responded to the motion to dismiss, I have construed her pleadings more liberally and

---

[1] Contrary to plaintiff's understanding (*see* **Plaintiff's Objection to Defendant's [sic] Objection** [#49], filed October 22, 2008), defendants' objection was not untimely filed, as intervening holidays and weekends are excluded from the calculation of the due date pursuant to Fed.R.Civ. P. 6(a).

held them to a less stringent standard than formal pleadings drafted by lawyers. *See Erickson v. Pardus*, ___ U.S.___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)). The recommendation is detailed and well-reasoned. Defendants' objections are without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and the findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted as an order of this court.

I note that following entry of the magistrate judge's recommendation, plaintiff filed an **Amended Prisoner Complaint** [#50] on October 21, 2008. Aside from the fact that leave of court was neither sought nor granted to file this pleading, it does not conform with the magistrate judge's recommendation. Because plaintiff now has the benefit of legal counsel (*see* [#s 51, 52, & 53]), I strike the tendered amended complaint and order that an amended complaint be filed that conforms with the requirements imposed in this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#45], filed September 26, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Defendants' Objection to Recommendation of Magistrate Judge** [#47], filed October 10, 2008, are **OVERRULED**;

3. That **Defendants' Combined Motion To Dismiss Plaintiff's Complaint and Memorandum Brief in Support of Motion To Dismiss** [#27], filed May 9, 2008, is

**GRANTED IN PART** and **DENIED IN PART**:

    a. That the motion is **GRANTED** as to the following claims:

        i. All claims against defendants Russell Ellis and Kimberly Thompson in their official and individual capacities;

        ii. Plaintiff's Eighth Amendment claim against defendant Diana Milner in both her official and individual capacities;

        iii. Plaintiff's Fourteenth Amendment due process claim for money damages against defendant Diana Milner in her official capacity;

        iv. Plaintiff's Fourteenth Amendment due process claim against defendant Diana Milner in her individual capacity;

        v. Plaintiff's Fourteenth Amendment equal protection claim for monetary damages against defendant Diana Milner in her official capacity; and

        vi. Plaintiff's Fourteenth Amendment equal protection claim against defendant Diana Milner in her individual capacity,

and those claims are **DISMISSED**; and

    b. That the motion is **DENIED** otherwise;

4. That defendants, Russell Ellis and Kimberly Thompson, are **DROPPED** as

named parties to this action, and the case caption **AMENDED** accordingly;

     5. That plaintiff's tendered **Amended Prisoner Complaint** [#50], filed October 21, 2008, is **STRICKEN**; and

     6. That by no later than **Monday, November 10, 2008**, plaintiff **SHALL FILE** an amended complaint that conforms to the requirements imposed by this order.

     Dated October 28, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**