IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02689-REB-KLM

MAUREEN MARTIN,

    Plaintiff,

v.

BILL RITTER, Governor of the State of Colorado,
COLORADO DEPARTMENT OF CORRECTIONS,
ARISTEDES ZAVARAS, Executive Director of the State of Colorado, in his official capacity,
TONY ROMERO, Assistant Director for Educational Services at the Colorado Department of Corrections, in his official and individual capacities,
LARRY REID, Warden of La Vista Correctional Facility, in his official capacity, and
DIANA MILNER, La Vista Correctional Facility Adult Education Teacher, in her official and individual capacities,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Proposed Protective Order** [Docket No. 86; Filed March 25, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated:      March 25, 2009