IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02689-REB-KLM

MAUREEN MARTIN,

    Plaintiff,

v.

BILL RITTER, Governor of the State of Colorado,
COLORADO DEPARTMENT OF CORRECTIONS,
ARISTEDES ZAVARAS, Executive Director of the State of Colorado, in his official capacity,
TONY ROMERO, Assistant Director for Educational Services at the Colorado Department of Corrections, in his official and individual capacities,
LARRY REID, Warden of La Vista Correctional Facility, in his official capacity, and
DIANA MILNER, La Vista Correctional Facility Adult Education Teacher, in her official and individual capacities,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's <u>Unopposed</u> Motion to Modify Scheduling Order** [Docket No. 90; Filed March 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on March 4, 2009 [Docket No. 84] is amended to extend the following deadlines:

- Joinder/Amendment of Pleadings    **April 30, 2009**
- Expert Witness Disclosures    **May 15, 2009**
- Rebuttal Expert Witness Disclosures    **May 29, 2009**
- Discovery Deadline    **June 15, 2009**
- Dispositive Motions Deadline    **July 15, 2009**

    IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Final Pretrial Conference set for June 2, 2009 9:30 a.m. and **RESETS** it to **August 13, 2009 at 9:30 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than August 6, 2009**. The proposed

pretrial order to be submitted to the Magistrate Judge under the ECF Procedures <u>must</u> be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated:  March 27, 2009