**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02689-REB-KLM

MAUREEN MARTIN,

    Plaintiff,

v.

BILL RITTER, Governor of the State of Colorado,
COLORADO DEPARTMENT OF CORRECTIONS,
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,
    in his official capacity,
TONY ROMERO, Assistant Director for Education Services at the Colorado Department
    of Correction, in his official and individual capacities,
LARRY REID, Warden of LaVista Correctional Facility, in his official capacity, and
DIANA MILNER, LaVista Correctional Facility Adult Education Teacher, in her official
    and individual capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#97] filed July 8, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#97] filed July 8, 2009, is **APPROVED**;

    2. That the Trial Preparation Conference set for October 2, 2009, is **VACATED**;

    3. That the jury trial set to commence October 26, 2009, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

2

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated July 8, 2009, at Denver, Colorado.

     BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge