IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02689-REB-KLM

MAUREEN MARTIN,

    Plaintiff,

v.

BILL RITTER, Governor of the State of Colorado,
COLORADO DEPARTMENT OF CORRECTIONS,
ARISTEDES ZAVARAS, Executive Director of the State of Colorado, in his official capacity,
TONY ROMERO, Assistant Director for Educational Services at the Colorado Department of Corrections, in his official and individual capacities,
LARRY REID, Warden of La Vista Correctional Facility, in his official capacity, and
DIANA MILNER, La Vista Correctional Facility Adult Education Teacher, in her official and individual capacities,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on Plaintiff's **Request for an Injunctive Order** [Docket No. 99; Filed November 9, 2010] (the "Motion").  Plaintiff is represented by counsel in this case, yet the present Motion was submitted by Plaintiff rather than her counsel.  Given that Plaintiff is not proceeding *pro se*,

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** because all pleadings filed by Plaintiff must be signed by counsel.  See D.C.COLO.LCivR 11.1A. (permitting only *pro se* parties or counsel to appear or sign pleadings).  In addition, the Court notes that the case has been dismissed with prejudice.  As such, it is not appropriate to file pleadings in this closed case.  Accordingly,

    IT IS HEREBY **ORDERED** that the Clerk shall not accept for filing any future pleadings submitted by Plaintiff.


Dated:       November 10, 2010